# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| KAYLA FLOYD, | ) | **Summons** |
|  | ) | (Issued pursuant to Rule 4 of |
|  | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
|  | ) | law.) |
| v. | ) |  |
|  | ) | **CIVIL ACTION CASE NUMBER:** |
|  | ) | **2:19-CV-01892-MHH** |
| ADP, LLC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

ADP, LLC.
C/O CT CORPORATION SYSTEM
2 NORTH JACKSON STREET SUITE 605
MONTGOMERY, AL 36104

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat/Lieselotte Carmen-Burks
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/22/19

SHARON N. HARRIS, CLERK
By:
Deputy Clerk *Pamela Cook*

(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203